**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Samuel**<br>First name<br><br>**Roland**<br>Middle name<br><br>**Gray**<br>Last name and Suffix (Sr., Jr., II, III) | **Tanya**<br>First name<br><br>**May**<br>Middle name<br><br>**Gray**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **Tanya May Durrant**<br>**Tanya May Harris**<br>**Tanya May Krueger**<br>**Tanya May Witt** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8242** | **xxx-xx-5999** |

| Debtor 1 | **Samuel Roland Gray** |
|---|---|
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

---

**5.** **Where you live**

**716 W. Sunwood Court**
**Kuna, ID 83634**
Number, Street, City, State & ZIP Code

**Ada**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

---

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

---

**8.** How you will pay the fee

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** Have you filed for bankruptcy within the last 8 years?

☐ No.
■ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| District | **District of Idaho** **Chapter 13 Dismissed** | When | **6/30/14** | Case number | **14-01112** |
| District | **District of Idaho** **Chapter 7 Discharged (Debtor Only)** | When | **7/12/93** | Case number | **96-01717** |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

■ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** Do you rent your residence?

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Samuel Roland Gray** |
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1 **Samuel Roland Gray**

Debtor 2 **Tanya May Gray**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Samuel Roland Gray** | |
|---|---|---|
| Debtor 2 | **Tanya May Gray** | |

Case number *(if known)* _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

---

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Samuel Roland Gray | /s/ Tanya May Gray |
|---|---|
| **Samuel Roland Gray** | **Tanya May Gray** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on  **February 10, 2016** | Executed on  **February 10, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1    **Samuel Roland Gray**

Debtor 2    **Tanya May Gray**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Hyrum M Zeyer** _____    Date    **February 10, 2016**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Hyrum M Zeyer** _____
Printed name

**Peterson Zeyer Law** _____
Firm name

**1215 West Hays Street**
**Boise, ID 83702** _____
Number, Street, City, State & ZIP Code

Contact phone    **(208) 433-9882** _____    Email address _____

**8436** _____
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................... $ **124,200.00**

   1b. Copy line 62, Total personal property, from Schedule A/B............................................. $ **35,920.84**

   1c. Copy line 63, Total of all property on Schedule A/B..................................................... $ **160,120.84**

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* $ **177,365.59**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **9,275.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **158,220.65**

   **Your total liabilities** $ **344,861.24**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $ **4,078.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................... $ **2,928.00**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2/10/16 5:06PM

Debtor 1   **Samuel Roland Gray**

Debtor 2   **Tanya May Gray**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **39,392.15**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations. (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 9,275.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 35,461.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 44,736.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**716 West Sunwood Court**
Street address, if available, or other description

| | | |
|---|---|---|
| **Kuna** | **ID** | **83634-0000** |
| City | State | ZIP Code |

**Ada**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$124,200.00** | **$124,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

**$124,200.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Samuel Roland Gray** |
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **Chevy** |
| | Model: | **C3500** |
| | Year: | **1989** |
| | Approximate mileage: | **300,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$1,000.00    $1,000.00

| 3.2 | Make: | **Nissian** |
| | Model: | **Altima** |
| | Year: | **2002** |
| | Approximate mileage: | **227,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$2,250.00    $2,250.00

| 3.3 | Make: | **Yamaha** |
| | Model: | **YZ450** |
| | Year: | **2011** |
| | Approximate mileage: | |
| | Other information: | |

**2 2011 YZ450 Motorcycles
Vin #  JYACJ15C0BA012208
VIN #  JYACJ15C8BA13156**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$5,738.00    $5,738.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

$8,988.00

| **Part 3:** | Describe Your Personal and  Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Debtor 1 | **Samuel Roland Gray** | |
|---|---|---|
| Debtor 2 | **Tanya May Gray** | Case number *(if known)* |

| | |
|---|---|
| **Household Goods: Dishes/Cups-25.00, Glasses-10.00, Cooking Utensils-10.00, Pots & Pans-75.00, Toaster-13.00, Coffee Pot-10.00, Crock Pot-10.00, Hand Tools-20.00, Microwave-50.00, Stove-100.00, Dishwasher-175.00, Silverware-20.00, Breadbox-10.00, Canister Set-10.00, Fan-15.00, Tupperware-25.00, Refrigerator-100.00, Washer & Dryer-200.00, Freezer-75.00, Beds-400.00, Night Stands-40.00, Dressers-75.00, End Tables-20.00, Couch-275.00, Recliner-150.00, Loveseat-75.00, Bookshelf-25.00, Clocks-15.00, Sewing Machine-100.00, Bicycles-120.00, Entertainment Center-75.00, Patio Furniture-25.00, BBQ-75.00, Xmas & Holiday Decorations-165.00, Lamps-10.00, Kitchen Table & Chairs-150.00, Lawnmower-120.00, Weedeater-20.00, Vacuum-45.00, Photo Albums-20.00, Linens-120.00, Sleeping Bags-100.00, Pet Supplies-100.00, Suitcases-40.00, Iron & Ironing Board-10.00, Portable Heater-60.00.** | **$3,383.00** |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
        including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **Electonics: Big Screen Television-550.00, VCR/DVD Player-50.00, VCR/DVD Movies-120.00, Music/cds/tapes-100.00, Televisions-150.00, Kindle-50.00, Cell Phones-200.00** | **$1,220.00** |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **Books, Pictures & Knick Knacks** | **$200.00** |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **Misc Dirt Bike Gear** | **$400.00** |

| | |
|---|---|
| **Pool Table** | **$500.00** |

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **Glenfield made by Marlin 30:30 Rifle** | **$300.00** |

| | |
|---|---|
| **Glenfield made by Marlin .22 Rifle** | **$125.00** |

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | Case number *(if known)* | |

☑ Yes.  Describe.....

| Clothing & Shoes | **$400.00** |
|---|---|

---

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe.....

| Misc Jewelry, Wedding Rings & Costume Jewelry | **$2,000.00** |
|---|---|

---

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes.  Describe.....

| 2 Dogs | **$500.00** |
|---|---|

---

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................................

| | **$9,028.00** |
|---|---|

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☑ Yes.......................................................................................................

| Cash on Hand | **$25.00** |
|---|---|

---

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
       institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes.......................        Institution name:

| 17.1. | **Checking** | **Idaho Central Credit Union-Business Account** | **$709.84** |
|---|---|---|---|

---

| 17.2. | **Savings** | **Idaho Central Credit Union-Business Account** | **$25.00** |
|---|---|---|---|

---

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................        Institution or issuer name:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | Case number *(if known)* | |

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **100% owners of Dale's Auto Care.-Sole Proprietor (Total Value of the Business is the value of the Tools of the Trade.** | | % | **$0.00** |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them

  Issuer name:

**21.  Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

  Type of account:          Institution name:

**22.  Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes. .....................          Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............          Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Debtor 1 | **Samuel Roland Gray** | |
|---|---|---|
| Debtor 2 | **Tanya May Gray** | Case number *(if known)* |

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
■ Yes. Give specific information......

| Back Child Support in the amount of $3,500.00 from John Krueger | |
|---|---|
| | $3,500.00 |

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                          Beneficiary:                          Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

**36.**  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................

| $4,259.84 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

■ No
☐ Yes.  Describe.....

---

Official Form 106A/B                          Schedule A/B: Property                          page 6

2/10/16  5:06PM

| Debtor 1 | **Samuel Roland Gray** |
|---|---|
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)*

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Desk, Calculator, Laptop, File Cabinet, Misc Office Supplies-250.00, Desk, Printer, Fax Machine, Video Monitor, Computer-500.00, Computer & Printer-75.00, 2 Computers, 2 Printers, Adding Machine, Office Supplies-600.00.** | **$1,425.00** |

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Tools of the Trade: Hand Tools-520.00, Matco Cart w/hand tools & Air Tools-2000.00, Oil Service Cart w/hand Tools-300.00, 4-Wheeler for pushing Cars-300.00, Pipe Bender-1500.00, Cornwell Tool Box-300.00, Mac Tool Box-300.00, 2 Craftsman Toolboxes-100.00, Trim Tools-30.00, Welding Supplies-30.00, Grinding Tools-40.00, Power Tools-150.00, Battery Tools-100.00, Hot Glue Tools-20.00, Compression Gages-75.00, Fuel System Tools-100.00, A/C Tools-200.00, Drill Bits-75.00, Re-Threaders-250.00, Pullers-300.00, Engine Tools-200.00, Suspention Tools-150.00, Measureing Tools-150.00, Camera-100.00, Heat Gun-20.00, Drill-20.00, Timing Light-30.00, Plastic Welder-30.00, Battery Tester-75.00, Line Release Tools-30.00, Wire Harness Tools-50.00, Specialty Electronic Tools-50.00, Specialty Sockets (drivers, Windsheild tools, Door Pin Holder)-75.00, Brake Tools-50.00, Misc Coolant Test Tools-30.00, OBDI Scanner (non update type)-200.00, Electrical Supplies & nuts & bolts-300.00, Vehicle Hoist-1500.00, Washing Machine-50.00, Coolant Flush Machine-150.00, Pressure Washer (broken)-10.00, Camshaft Kit (Ford)-200.00, Back Press Tester-30.00, Leak Detector-20.00, Chossis Ear-40.00, Scrap Metal-80.00, Ladder 12ft-40.00, Ladder 8ft-20.00, Welder-400.00, Refrigerator-50.00,Dryer-50.00,** | **$11,250.00** |

**41.  Inventory**
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Tires for sale-250.00, Misc Oil Supplies-300.00, Oil Filters-400.00, Misc Supplies-20.00** | **$970.00** |

**42.  Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
　　　　Name of entity:　　　　　　　　　　　　　　　% of ownership:

**43.  Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　　■ No
　　☐ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**                                      Case number *(if known)*

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**................................................................................................................... | **$13,645.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................... | **$124,200.00**

56. **Part 2: Total vehicles, line 5** | **$8,988.00**
57. **Part 3: Total personal and household items, line 15** | **$9,028.00**
58. **Part 4: Total financial assets, line 36** | **$4,259.84**
59. **Part 5: Total business-related property, line 45** | **$13,645.00**
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**
61. **Part 7: Total other property not listed, line 54** | + | **$0.00**

62. **Total personal property.** Add lines 56 through 61... | **$35,920.84** | Copy personal property total | **$35,920.84**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$160,120.84**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name                     Middle Name                     Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name                     Middle Name                     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **716 West Sunwood Court Kuna, ID 83634  Ada County**<br>Line from *Schedule A/B*: **1.1** | $124,200.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code §§ 55-1001, 55-1002, 55-1003 |
| **1989 Chevy C3500 300,000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **2002 Nissian Altima 227,000 miles**<br>Line from *Schedule A/B*: **3.2** | $2,250.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **Household Goods:<br>Dishes/Cups-25.00, Glasses-10.00, Cooking Utensils-10.00, Pots & Pans-75.00, Toaster-13.00, Coffee Pot-10.00, Crock Pot-10.00, Hand Tools-20.00, Microwave-50.00, Stove-100.00, Dishwasher-175.00, Silverware-20.00, Breadbox-10.00, Canister S**<br>Line from *Schedule A/B*: **6.1** | $3,383.00 | ■ $3,383.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

| Debtor 1 | **Samuel Roland Gray** |
|----------|------------------------|
| Debtor 2 | **Tanya May Gray** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Electonics: Big Screen Television-550.00, VCR/DVD Player-50.00, VCR/DVD Movies-120.00, Music/cds/tapes-100.00, Televisions-150.00, Kindle-50.00, Cell Phones-200.00**<br>Line from *Schedule A/B*: **7.1** | $1,220.00 | ■ $1,220.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Books, Pictures & Knick Knacks**<br>Line from *Schedule A/B*: **8.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Glenfield made by Marlin 30:30 Rifle**<br>Line from *Schedule A/B*: **10.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Glenfield made by Marlin .22 Rifle**<br>Line from *Schedule A/B*: **10.2** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Clothing & Shoes**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Misc Jewelry, Wedding Rings & Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **2 Dogs**<br>Line from *Schedule A/B*: **13.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Checking: Idaho Central Credit Union-Business Account**<br>Line from *Schedule A/B*: **17.1** | $709.84 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Savings: Idaho Central Credit Union-Business Account**<br>Line from *Schedule A/B*: **17.2** | $25.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Back Child Support in the amount of $3,500.00 from John Krueger**<br>Line from *Schedule A/B*: **29.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-604(1)(b)** |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page 2 of 3

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Desk, Calculator, Laptop, File Cabinet, Misc Office Supplies-250.00, Desk, Printer, Fax Machine, Video Monitor, Computer-500.00, Computer & Printer-75.00, 2 Computers, 2 Printers, Adding Machine, Office Supplies-600.00.**<br>Line from *Schedule A/B*: **39.1** | $1,425.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Tools of the Trade: Hand Tools-520.00, Matco Cart w/hand tools & Air Tools-2000.00, Oil Service Cart w/hand Tools-300.00, 4-Wheeler for pushing Cars-300.00, Pipe Bender-1500.00, Cornwell Tool Box-300.00, Mac Tool Box-300.00, 2 Craftsman Toolboxes-100.00, T**<br>Line from *Schedule A/B*: **40.1** | $11,250.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(3)** |
| **Tires for sale-250.00, Misc Oil Supplies-300.00, Oil Filters-400.00, Misc Supplies-20.00**<br>Line from *Schedule A/B*: **41.1** | $970.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A — Amount of claim. Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim | Column C — Unsecured portion. If any |
|---|---|---|---|

| 2.1 | **Cerastes, LLC** | Describe the property that secures the claim: | $3,900.00 | $5,738.00 | $0.00 |

Creditor's Name

**c/o Weinstein Pinson & Riley**
**2011 Western Avenue**
**Ste 400**
**Seattle, WA 98121**

Number, Street, City, State & Zip Code

**2011 Yamaha YZ450**
**2 2011 YZ450 Motorcycles**
**Vin #  JYACJ15C0BA012208**
**VIN #  JYACJ15C8BA13156**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)    **Purchase Money Security**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Date debt was incurred  **03/25/2011**          Last 4 digits of account number  **5901**

| 2.2 | **Internal Revenue Department** | Describe the property that secures the claim: | $28,557.44 | $28,531.00 | $26.44 |

Creditor's Name

**P.O. Box 21126**
**Boise, ID 83724**

Number, Street, City, State & Zip Code

**Personal Property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)    **Tax Lein**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Debtor 1    **Samuel Roland Gray**
    First Name       Middle Name       Last Name

Debtor 2    **Tanya May Gray**
    First Name       Middle Name       Last Name

Case number (if know) _____

---

Date debt was incurred    **2009-2014**    Last 4 digits of account number    **8242**

---

| 2.3 | **Mor/Wells Fargo Financial** | | $1,033.32 | $700.00 | $333.32 |

Creditor's Name

**POB 14517
Des Moines, IA 50306**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Household Furnishings**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Purchase Money Security**

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

---

Date debt was incurred    **01/16/2013**    Last 4 digits of account number    **7553**

---

| 2.4 | **Ocwen Loan Servicing LLC** | | $143,874.83 | $124,200.00 | Unknown |

Creditor's Name

**POB 24738
West Palm Beach, FL 33416-4738**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**716 West Sunwood Court Kuna, ID 83634  Ada County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Deed of Trust**

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

---

Date debt was incurred    **11/1994**    Last 4 digits of account number    **9434**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $177,365.59 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $177,365.59 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Internal Revenue Department
550 W. Fort Street MC 041
Boise, ID 83724**

On which line in Part 1 did you enter the creditor?    **2.2**

Last 4 digits of account number    **8242**

---

Debtor 1    **Samuel Roland Gray**

First Name        Middle Name            Last Name

Debtor 2    **Tanya May Gray**

First Name        Middle Name            Last Name

Case number (if know)

---

Name, Number, Street, City, State & Zip Code

**Ocwen Loan Servicing LLC**
**P.O. Box 660264**
**Dallas, TX 75266-0264**

On which line in Part 1 did you enter the creditor?  __2.4__

Last 4 digits of account number  __9434__

---

Name, Number, Street, City, State & Zip Code

**Yamaha/Capital One**
**P.O. Box 30253**
**Salt Lake City, UT 84130**

On which line in Part 1 did you enter the creditor?  __2.1__

Last 4 digits of account number  __2048__

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Department** | Last 4 digits of account number  **8242** | **$2,944.00** | **$2,944.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 21126**
**Boise, ID 83724**
Number Street City State ZIp Code

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                         **Taxes**

| 2.2 | **Internal Revenue Department** | Last 4 digits of account number  **8242** | **$6,331.00** | **$6,331.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 21126**
**Boise, ID 83724**
Number Street City State ZIp Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                         **Taxes**

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number *(if know)* _____

| 2.3 | **State Tax Commission** | | Last 4 digits of account number | _____ | **$0.00** | **$0.00** | **$0.00** |
|-----|--------------------------|--|---|---|---|---|---|

Priority Creditor's Name
**POB 36**
**Boise, ID 83722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Notice Only**

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|--|--|--|---|

| 4.1 | **Account Billing Services** | Last 4 digits of account number | _____ | **$61.00** |
|-----|------------------------------|---|---|---|

Nonpriority Creditor's Name
**POB 3232**
**Nampa, ID 83653-3232**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Primary Health Medical Group**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number *(if know)* _____

| 4.2 | **Action Collection** | Last 4 digits of account number | **9646** | $304.00 |
|-----|------------------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name
**P.O. Box 5425**
**1325 Vista Ave**
**Boise, ID 83705**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **04/01/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collections for Boise Radiology Group**

---

| 4.3 | **Action Collection** | Last 4 digits of account number | **6595** | $228.00 |
|-----|------------------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name
**P.O. Box 5425**
**1325 Vista Ave**
**Boise, ID 83705**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **05/01/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collections for IDX Pathology PA**

---

| 4.4 | **Advantage Financial** | Last 4 digits of account number | **9HSE** | $132.41 |
|-----|-------------------------|---------------------------------|----------|---------|

Nonpriority Creditor's Name
**10 S Cole Rd**
**Boise, ID 83709**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collections for Boise Radiology Group**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.5 | **Advantage Financial** | Last 4 digits of account number | **1175** | $462.00 |

Nonpriority Creditor's Name
**10 S Cole Rd**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?  **2008**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for All In One Storage**

---

| 4.6 | **Advantage Financial** | Last 4 digits of account number | **3901** | $31.00 |

Nonpriority Creditor's Name
**10 S Cole Rd**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?  **12/01/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Gem State Radiology**

---

| 4.7 | **Air St Lukes** | Last 4 digits of account number | **44SL** | $12,738.44 |

Nonpriority Creditor's Name
**P.O. Box 367**
**Twin Falls, ID 83303-0367**
Number Street City State Zip Code

When was the debt incurred?  **06/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number *(if know)* _____

---

| 4.8 | **Bank of America Home Loans** | **Last 4 digits of account number**   **1742** | **$0.00** |

Nonpriority Creditor's Name
**POB 5170**
**Simi Valley, CA 93062-5170**
Number Street City State Zlp Code

**When was the debt incurred?**   **12/01/2004**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **For Notice Only**

---

| 4.9 | **Best Buy/CBNA** | **Last 4 digits of account number**   **2778** | **$502.00** |

Nonpriority Creditor's Name
**P.O. Box 6497**
**Sioux Falls, SD 57117**
Number Street City State Zlp Code

**When was the debt incurred?**   **12/01/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Credit Card**

---

| 4.10 | **Boise Endoscopy Center** | **Last 4 digits of account number**   **9520** | **$962.41** |

Nonpriority Creditor's Name
**425 W Bannock Street**
**Boise, ID 83702**
Number Street City State Zlp Code

**When was the debt incurred?**   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| 4.11 | **Bonneville Billing & Collect** | Last 4 digits of account number | **9641** | $1,260.00 |
|------|-----------------------------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **03/01/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Southridge Dental**

---

| 4.12 | **Bonneville Billing & Collect** | Last 4 digits of account number | **9383** | $847.00 |
|------|-----------------------------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **08/01/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Home Federal Bank**

---

| 4.13 | **Bonneville Billing & Collect** | Last 4 digits of account number | **0559** | $783.00 |
|------|-----------------------------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **05/01/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Eric Asay DDS**

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.14 | **Bonneville Billing & Collect** | Last 4 digits of account number | **2762** | **$624.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

When was the debt incurred?  **06/01/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Victory Point Dental**

---

| 4.15 | **Bonneville Billing & Collect** | Last 4 digits of account number | **2784** | **$608.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

When was the debt incurred?  **03/01/2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Treasure Valley Hospital**

---

| 4.16 | **Bonneville Billing & Collect** | Last 4 digits of account number | **6205** | **$86.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 191053**
**Boise, ID 83719**
Number Street City State Zip Code

When was the debt incurred?  **08/01/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Praxis Medical Group**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number *(if know)*

---

**4.17** | **CAN Capital Inc** | Last 4 digits of account number | **2080** | **$22,809.28**

Nonpriority Creditor's Name
**414 W. 14th Street**
**3rd Floor**
**New York, NY 10014**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections**

---

**4.18** | **Capital One** | Last 4 digits of account number | **7769** | **$576.00**

Nonpriority Creditor's Name
**POB 30281**
**Salt Lake City, UT 84130-0281**

When was the debt incurred?    **12/01/2006**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Credit Card**

---

**4.19** | **Capital One** | Last 4 digits of account number | **1027** | **$1,175.00**

Nonpriority Creditor's Name
**POB 30281**
**Salt Lake City, UT 84130-0281**

When was the debt incurred?    **06/04/2007**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Credit Card**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.20 | **Capital One** | Last 4 digits of account number | **588** | $588.00 |

Nonpriority Creditor's Name
**POB 30281**
**Salt Lake City, UT 84130-0281**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **4437**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections for Credit Card**

---

| 4.21 | **Capital One** | Last 4 digits of account number | **8630** | $1,040.00 |

Nonpriority Creditor's Name
**POB 30281**
**Salt Lake City, UT 84130-0281**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections for Credit Card**

---

| 4.22 | **CBP Affiliated Services** | Last 4 digits of account number | **4698** | $1,018.00 |

Nonpriority Creditor's Name
**1246 Yellowstone Ste A2**
**Pocatello, ID 83204**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **10/01/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collections for St Alphonsus Medical Center Nampa**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.23 | **CDI Affiliated Service** | Last 4 digits of account number  **5878** | **$438.00** |

Nonpriority Creditor's Name
**PO Box 4068**
**Boise, ID 83704**
Number Street City State Zip Code

When was the debt incurred?  **01/01/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections for Idaho Power**

---

| 4.24 | **CDI Affiliated Service** | Last 4 digits of account number  **9636** | **$370.00** |

Nonpriority Creditor's Name
**PO Box 4068**
**Boise, ID 83704**
Number Street City State Zip Code

When was the debt incurred?  **11/01/2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections for T3 Wireless**

---

| 4.25 | **CDI Affiliated Service** | Last 4 digits of account number  **5492** | **$35.00** |

Nonpriority Creditor's Name
**PO Box 4068**
**Boise, ID 83704**
Number Street City State Zip Code

When was the debt incurred?  **08/01/2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections for Idaho Power**

---

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number (if know) _____

---

| 4.26 | **Chapman Financial** | Last 4 digits of account number   **0018** | **$330.00** |

Nonpriority Creditor's Name
**POB 14639**
**Spokane, WA 99214-0693**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections for Treasure Valley Laboratory**

---

| 4.27 | **Chapman Financial** | Last 4 digits of account number   **0017** | **$223.00** |

Nonpriority Creditor's Name
**POB 14639**
**Spokane, WA 99214-0693**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections for Treasure Valley Laboratory**

---

| 4.28 | **Chapman Financial** | Last 4 digits of account number   **0019** | **$181.00** |

Nonpriority Creditor's Name
**POB 14639**
**Spokane, WA 99214-0693**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections for Treasure Valley Laboratory**

---

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number (if know) _____

| 4.29 | **Chapman Financial** | Last 4 digits of account number    **0020** | **$101.00** |

Nonpriority Creditor's Name
**POB 14639**
**Spokane, WA 99214-0693**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Treasure Valley Laboratory**

---

| 4.30 | **Chapman Financial** | Last 4 digits of account number    **0283** | **Unknown** |

Nonpriority Creditor's Name
**POB 14639**
**Spokane, WA 99214-0693**
Number Street City State Zlp Code

When was the debt incurred?    **03/11/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Treasure Valley Laboratory**

---

| 4.31 | **Chase Auto Finance** | Last 4 digits of account number    **0934** | **Unknown** |

Nonpriority Creditor's Name
**POB 29505**
**Phoenix, AZ 85038**
Number Street City State Zlp Code

When was the debt incurred?    **07/31/2006**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For Notice Only**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number (if know) _____

| 4.32 | **Christopher W. Hammerle M.D.** | Last 4 digits of account number | **9520** | **$1,104.56** |

Nonpriority Creditor's Name
**425 W. Bannock Street**
**Boise, ID 83702-6035**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes    ■ Other. Specify    **Collections for Medical**

---

| 4.33 | **Citibank** | Last 4 digits of account number | **3971** | **$1,807.34** |

Nonpriority Creditor's Name
**POB 6241**
**Sioux Falls, SD 57117-6241**
Number Street City State Zlp Code

When was the debt incurred?    **11/01/2012**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes    ■ Other. Specify    **Collections for Credit Card**

---

| 4.34 | **Collection Bureau Inc** | Last 4 digits of account number | **1764** | **$4,693.00** |

Nonpriority Creditor's Name
**POB 1219**
**Nampa, ID 83653-1219**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes    ■ Other. Specify    **Collections for Anesthesia Assocates of Boise**

---

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number (if know)

---

| 4.35 | **Collection Bureau Inc** | Last 4 digits of account number | **7233** | **$1,139.00** |

Nonpriority Creditor's Name
**POB 1219**
**Nampa, ID 83653-1219**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify    **Collections for The Surgical Group**

---

| 4.36 | **Collection Bureau Inc** | Last 4 digits of account number | **2602** | **$931.00** |

Nonpriority Creditor's Name
**POB 1219**
**Nampa, ID 83653-1219**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify    **Collections for JBJ Limited Partership**

---

| 4.37 | **Collection Bureau Inc** | Last 4 digits of account number | **1974** | **$135.00** |

Nonpriority Creditor's Name
**POB 1219**
**Nampa, ID 83653-1219**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify    **Collections for the City of Nampa**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (*if know*)

| 4.38 | **Credit One Bank** | Last 4 digits of account number | **7003** | $1,992.00 |

Nonpriority Creditor's Name
**POB 98872**
**Las Vegas, NV 89193**
Number Street City State Zip Code

When was the debt incurred?    **12/01/2006**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections for Credit Card**

---

| 4.39 | **CSC BB T Corp** | Last 4 digits of account number | **1001** | $0.00 |

Nonpriority Creditor's Name
**4251 Fayetteville Road**
**Lumberton, NC 28358**
Number Street City State Zip Code

When was the debt incurred?    **02/01/2008**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **For Notice Only**

---

| 4.40 | **Dell Financial Services** | Last 4 digits of account number | **4358** | $1,844.00 |

Nonpriority Creditor's Name
**POB 81577**
**Austin, TX 78708**
Number Street City State Zip Code

When was the debt incurred?    **02/01/2007**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections for Credit Account**

2/10/16  5:06PM

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (*if know*)

---

| 4.41 | **EOS CCA** | Last 4 digits of account number | **8198** | $1,604.00 |

Nonpriority Creditor's Name
**700 Long water Dr**
**Norwell, MA 02061**
Number Street City State Zlp Code

When was the debt incurred?    **01/01/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for AT&T**

---

| 4.42 | **FMS INC** | Last 4 digits of account number | **9580** | $30.00 |

Nonpriority Creditor's Name
**4915 South Union Ave**
**Tulsa, OK 74107**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for St Lukes RMC**

---

| 4.43 | **FMS INC** | Last 4 digits of account number | **9579** | $139.23 |

Nonpriority Creditor's Name
**4915 South Union Ave**
**Tulsa, OK 74107**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Medical**

---

2/10/16 5:06PM

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number *(if know)* _____

| 4.44 | **FMS INC** | Last 4 digits of account number | **9578** | **$12,769.23** |

Nonpriority Creditor's Name
**4915 South Union Ave**
**Tulsa, OK 74107**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections for Medical**

---

| 4.45 | **FMS INC** | Last 4 digits of account number | **9578** | **$351.14** |

Nonpriority Creditor's Name
**4915 South Union Ave**
**Tulsa, OK 74107**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections for St Lukes RMC**

---

| 4.46 | **HSBC Bank** | Last 4 digits of account number | **2028** | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 9**
**Buffalo, NY 14240**
Number Street City State Zip Code

When was the debt incurred?  **12/07/2006**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections for Credit Card**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number *(if know)* _____

---

| 4.47 | **Idaho Foot & Ankle** | | Last 4 digits of account number | **8600** | $920.77 |

Nonpriority Creditor's Name
**809 N Liberty Street**
**Boise, ID 83704**
Number Street City State Zip Code

When was the debt incurred?   **02/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections for Medical**

---

| 4.48 | **Idaho Power** | | Last 4 digits of account number | **8845** | $1,561.36 |

Nonpriority Creditor's Name
**POB 70**
**Boise, ID 83707**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections for Power Bill**

---

| 4.49 | **Idaho Power** | | Last 4 digits of account number | **5677** | $605.05 |

Nonpriority Creditor's Name
**POB 70**
**Boise, ID 83707**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections for Power Bill**

---

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number (if know) _____

---

| 4.50 | **Idaho Urologic Institute PA** | Last 4 digits of account number | **9255** | $278.39 |

Nonpriority Creditor's Name
**2855 E Magic View Dr**
**Meridian, ID 83642**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **03/25/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Medical**

---

| 4.51 | **Lowes/SYNCB** | Last 4 digits of account number | **2249** | $464.00 |

Nonpriority Creditor's Name
**POB 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **11/01/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Credit Card**

---

| 4.52 | **Medi Credit** | Last 4 digits of account number | **0059** | $293.90 |

Nonpriority Creditor's Name
**P.O. Box 1629**
**Maryland Heights, MO 63043**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for St Alphonsus RMC**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (*if know*)

---

| 4.53 | **Montery Financial Service** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name
**4095 Avenida Delaplanta**
**Oceanside, CA 92056**

When was the debt incurred?   **4258**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only         ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify   **Collections**

---

| 4.54 | **NCB Management Services** | Last 4 digits of account number | **2028** | **$4,159.00** |

Nonpriority Creditor's Name
**POB 1099**
**Langhorne, PA 19047**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only         ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify   **Collections for HSBC Bank NA**

---

| 4.55 | **NCO Financial Systems** | Last 4 digits of account number | **3956** | **$3,482.00** |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**

When was the debt incurred?   **03/01/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only         ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify   **Collections for Idaho Heart Care**

---

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number *(if know)*

---

| 4.56 | **NCO Financial Systems** | Last 4 digits of account number | **3955** | $798.00 |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?   **03/01/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Idaho Heart Care**

---

| 4.57 | **NCO Financial Systems** | Last 4 digits of account number | **0233** | $550.00 |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Idaho Emergency Physicians**

---

| 4.58 | **NCO Financial Systems** | Last 4 digits of account number | **3951** | $225.00 |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?   **03/01/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Idaho Heart Care**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.59 | **NCO Financial Systems** | Last 4 digits of account number | **4943** | **$174.00** |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **11/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Idaho Heart Care**

---

| 4.60 | **NCO Financial Systems** | Last 4 digits of account number | **3953** | **$150.00** |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **03/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Idaho Heart Care**

---

| 4.61 | **NCO Financial Systems** | Last 4 digits of account number | **3957** | **$139.00** |

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **03/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Idaho Heart Care**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number *(if know)* _____

---

| 4.62 | **NCO Financial Systems** | Last 4 digits of account number | **3954** | $125.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **03/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Idaho Heart Care**

---

| 4.63 | **NCO Financial Systems** | Last 4 digits of account number | **3952** | $82.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9180 W. Barnes Drive**
**Boise, ID 83709**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **03/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Idaho Heart Care**

---

| 4.64 | **One Main Financial** | Last 4 digits of account number | **0993** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 499**
**Hanover, MD 21076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **10/01/2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **For Notice Only**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| 4.65 | **Primary Health** | Last 4 digits of account number | **8311** | $181.32 |

Nonpriority Creditor's Name
**POB 191050**
**Boise, ID 83719-1050**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections for Medical**

---

| 4.66 | **RC Willey** | Last 4 digits of account number | **4284** | $679.00 |

Nonpriority Creditor's Name
**POB 410429**
**Salt Lake City, UT 84141**
Number Street City State Zip Code

When was the debt incurred?  **11/01/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections for Credit Account**

---

| 4.67 | **Reliable Credit Association** | Last 4 digits of account number | **5886** | $0.00 |

Nonpriority Creditor's Name
**10690 SE McLoughlin Blvd**
**POB 22829**
**Portland, OR 97269-2829**
Number Street City State Zip Code

When was the debt incurred?  **10/01/2006**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **For Notice Only**

---

Debtor 1    **Samuel Roland Gray**
Debtor 2    **Tanya May Gray**

Case number *(if know)* _____

| | | |
|---|---|---|
| 4.68 | **Reliable Credit Association** | Last 4 digits of account number    **4695** | $0.00 |

Nonpriority Creditor's Name
**10690 SE McLoughlin Blvd**
**POB 22829**
**Portland, OR 97269-2829**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **07/01/2005**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For Notice Only**

---

| | | |
|---|---|---|
| 4.69 | **Sallie Mae** | Last 4 digits of account number    **0519** | $8,253.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **05/01/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

| | | |
|---|---|---|
| 4.70 | **Sallie Mae** | Last 4 digits of account number    **0519** | $4,115.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **05/01/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| 4.71 | **Sallie Mae** | Last 4 digits of account number | **0617** | $3,887.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

When was the debt incurred?   **06/01/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

| 4.72 | **Sallie Mae** | Last 4 digits of account number | **1020** | $3,803.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

When was the debt incurred?   **10/01/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

| 4.73 | **Sallie Mae** | Last 4 digits of account number | **0617** | $2,618.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

When was the debt incurred?   **06/01/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number *(if know)* _____

---

| 4.74 | **Sallie Mae** | Last 4 digits of account number | **1020** | | $2,543.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

When was the debt incurred?   **10/01/2010**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

| 4.75 | **Sallie Mae** | Last 4 digits of account number | **0316** | | $10,242.00 |

Nonpriority Creditor's Name
**POB 9500**
**Wilkes Barre, PA 18773-9500**
Number Street City State Zip Code

When was the debt incurred?   **03/01/2007**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Collections for Student Loan**

---

| 4.76 | **Sinus Center** | Last 4 digits of account number | **2459** | | $381.60 |

Nonpriority Creditor's Name
**727 E River Park Lane**
**Ste 200**
**Boise, ID 83706**
Number Street City State Zip Code

When was the debt incurred?   **04/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**

Case number (if know) _____

| 4.77 | **Southwest Credit Systems LP** | Last 4 digits of account number | **2280** | $418.00 |

Nonpriority Creditor's Name
**5910 W.Piano Pkwy**
**Plano, TX 75093**
Number Street City State Zip Code

When was the debt incurred?   **04/01/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for T-Mobile**

---

| 4.78 | **Specialty Clinics of Idaho** | Last 4 digits of account number | **2459** | $465.71 |

Nonpriority Creditor's Name
**727 E Riverpark Lane #200**
**Boise, ID 83706-4097**
Number Street City State Zip Code

When was the debt incurred?   **2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

| 4.79 | **St Alphonsus Medical Group** | Last 4 digits of account number | **9273** | $351.00 |

Nonpriority Creditor's Name
**c/o Centeral Billing Office**
**3340 E Goldstone Drive**
**Meridian, ID 83642**
Number Street City State Zip Code

When was the debt incurred?   **11/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| 4.80 | **St Alphonsus Medical Group** | Last 4 digits of account number | **1273** | **$351.14** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Centeral Billing Office**
**3340 E Goldstone Drive**
**Meridian, ID 83642**
Number Street City State Zip Code

When was the debt incurred?   **11/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Medical**

---

| 4.81 | **St Lukes Cardiothoracic Vas** | Last 4 digits of account number | | **$9,136.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**333 N 1st Street**
**Ste 280**
**Boise, ID 83702**
Number Street City State Zip Code

When was the debt incurred?   **06/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Medical**

---

| 4.82 | **St Lukes Clinic** | Last 4 digits of account number | **5716** | **$9,136.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 550**
**Boise, ID 83701**
Number Street City State Zip Code

When was the debt incurred?   **06/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections for Medical**

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

| 4.83 | **St Lukes Physicians Clinic** | Last 4 digits of account number | **9914** | **$968.00** |

Nonpriority Creditor's Name

**POB 550**
**Boise, ID 83701**

When was the debt incurred?  **06/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

| 4.84 | **Sterling Savings Bank** | Last 4 digits of account number | **4142** | **$0.00** |

Nonpriority Creditor's Name

**POB 19247**
**Spokane, WA 99219-9247**

When was the debt incurred?  **02/12/2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **For Notice Only**

---

| 4.85 | **Surgery Center of Idaho** | Last 4 digits of account number | **9255** | **$387.74** |

Nonpriority Creditor's Name

**2855 Margic View Dr**
**Meridian, ID 83642**

When was the debt incurred?  **04/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for Medical**

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| 4.86 | **The Outsource Group** | Last 4 digits of account number | **1153** | $4,752.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3 City Place Drive Drive**
**Suite 690**
**Saint Louis, MO 63141**

Number Street City State Zip Code

**When was the debt incurred?**   **04/01/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections for St Alphonsus RMC**

---

| 4.87 | **The Outsource Group** | Last 4 digits of account number | **8646** | $243.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3 City Place Drive Drive**
**Suite 690**
**Saint Louis, MO 63141**

Number Street City State Zip Code

**When was the debt incurred?**   **01/01/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections for St Alphonsus RMC**

---

| 4.88 | **Walmart/Sychrony** | Last 4 digits of account number | **3807** | $235.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 965024**
**Orlando, FL 32896**

Number Street City State Zip Code

**When was the debt incurred?**   **12/01/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections for Credit Card**

---

Debtor 1 **Samuel Roland Gray**
Debtor 2 **Tanya May Gray**

Case number (if know) _____

| 4.89 | **West Valley OBGYN** | Last 4 digits of account number | **7359** | $352.79 |

Nonpriority Creditor's Name
**P.O. Box 740776**
**Cincinnati, OH 45274-0776**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Medical**

---

| 4.90 | **Womens Health Associates** | Last 4 digits of account number | **3068** | $742.84 |

Nonpriority Creditor's Name
**333 N 1st St #240**
**Boise, ID 83702**
Number Street City State Zlp Code

When was the debt incurred?    **04/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Medical**

---

| 4.91 | **World Foremost Bank** | Last 4 digits of account number | **2704** | $2,918.00 |

Nonpriority Creditor's Name
**4800 NW 1st Street Ste 300**
**Lincoln, NE 68521**
Number Street City State Zlp Code

When was the debt incurred?    **12/01/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections for Credit Card**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**All In One Storage**
**146 N Middleton Road**
**Nampa, ID 83651**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

| | |
|---|---|
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Anesthesia Associates of Bois**<br>111 W State Street<br>Boise, ID 83702 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**AT&T Wireless**<br>POB 30459<br>Los Angeles, CA 90030 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Boise Radiology**<br>1755 Westgate #200<br>POB 9696<br>Boise, ID 83707 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **1719** |

| | |
|---|---|
| Name and Address<br>**Boise Radiology**<br>1755 Westgate #200<br>POB 9696<br>Boise, ID 83707 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**City of Nampa**<br>224 11th Ave S<br>Nampa, ID 83651 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Dr Eric Stahle Asay DDS**<br>11028 W. Aldbury Ave<br>Nampa, ID 83651 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Gem State Radiology**<br>1755 Westgate Dr Ste 200<br>POB 9649<br>Boise, ID 83707-5096 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Home Federal**<br>POB 190<br>Nampa, ID 83653 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**HSBC Bank**<br>POB 98706<br>Las Vegas, NV 89193-8706 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.54** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Idaho Emergency Physicians**<br>P.O. Box 5666<br>Denver, CO 80217-5666 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Idaho Emergency Physicians**<br>2933 E Copper Point Drive<br>Meridian, ID 83642 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (if know) _____

---

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Idaho Heart Care**<br>**6140 W. Curtisian Ave**<br>**Ste 200**<br>**Boise, ID 83704** | Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Idaho Power**<br>**POB 70**<br>**Boise, ID 83707** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IDX Pathology PA**<br>**1755  Westgate Dr Ste 200**<br>**POB 9589**<br>**Boise, ID 83707** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Internal Revenue Department**<br>**550 W. Fort Street MC 041**<br>**Boise, ID 83724** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **8242**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Portfolio Recovery Associate**<br>**120 Corporate Blvds Ste 1**<br>**Norfolk, VA 23502** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **8630**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Primary Health**<br>**POB 191050**<br>**Boise, ID 83719-1050** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Resurgent Capital Services**<br>**POB 10587**<br>**Greenville, SC 29603** | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **0433**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Southridge Dental**<br>**2811 12th Ave Rd**<br>**Nampa, ID 83686** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Alphonsus Nampa**<br>**POB 190930**<br>**Boise, ID 83719** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Alphonsus RMC**<br>**P.O. Box 5045**<br>**Portland, OR 97208** | Line **4.52** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Alphonsus RMC**<br>**P.O. Box 5045**<br>**Portland, OR 97208** | Line **4.86** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

Debtor 1 **Samuel Roland Gray**

Debtor 2 **Tanya May Gray**

Case number *(if know)* _____

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Lukes RMC**<br>**POB 2578**<br>**Boise, ID 83701-2578** | Line **4.42** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **T-Mobile**<br>**P.O. Box 53410**<br>**Bankruptcy Team**<br>**Bellevue, WA 98015** | Line **4.77** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **The Surgical Group PA**<br>**404 East Elm**<br>**Caldwell, ID 83605** | Line **4.35** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Treasure Valley Hospital**<br>**8800 Emerald**<br>**Boise, ID 83704** | Line **4.15** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Treasure Valley Labratory**<br>**POB 2693**<br>**Spokane, WA 99220** | Line **4.26** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Victory Point Dental**<br>**3175 S Meridian Rd Ste 250**<br>**Meridian, ID 83642** | Line **4.14** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 9,275.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 9,275.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 35,461.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 122,759.65 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 158,220.65 |

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Dale Guyer**<br>**255 Lee Way**<br>**Donnelly, ID 83615** | **$1850.00 Monthly for the Business Lease located at 2602 S. Vista Avenue Boise Idaho 83705. Lease also includes the following tools: Engine Hoist, Jack, Gas Analyzer, R-134 Machine, Transmission Fluid Machine, Tire Balancer, Tire Machine, Transmission Jack, Press, Parts Cleaner, Oil Drain, Brake Lathe, Engine Stand, Shop Vac, R12 Machine, Smoke Machine, Oil Storage Tanks, File Cabinets, Battery Charger, Floor Jack, Vetronic Lab Scope, Welder, Torch Set, Vehicle Hoist, Storage Cabinet, Plasma Cutter,Hellicoils,& Jack.  Lease is Month to Month** |
| 2.2 | **Verizon Wireless Bankruptcy**<br>**POB 3397**<br>**Bloomington, IL 61702** | **$150.00 monthly for a Cell Phone Contract. Month to Month.  Assume Contract.** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☑ Yes.

        In which community state or territory did you live?  __-NONE-__  . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | **Column 1:** Your codebtor<br>Name, Number, Street, City, State and ZIP Code | **Column 2:** The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Cindy Gray**<br>**2049 Blue Wing Drive**<br>**Johnstown, CO 80534** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Former Wife** |
| 3.2 | **Dale's Auto Care**<br>**2602 S. Vista Avenue**<br>**Boise, ID 83705** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Idaho Power** |

| Debtor 1 | **Samuel Roland Gray** **Tanya May Gray** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.3   **Todd Durrant** **904 E. Hawaii Ave** **Nampa, ID 83686** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Former Husband** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| Debtor 2 (Spouse, if filing) | **Tanya May Gray** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Auto Mechanic/Owner** | **Office Manager/Owner** |
| | Employer's name | **Dale's Auto Care** | **Dale's Auto Care** |
| | Employer's address | **2602 S. Vista Avenue**<br>**Boise, ID 83705** | **2602 S. Vista Avenue**<br>**Boise, ID 83705** |
| | How long employed there? | **10 Years** | **10 Years** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**

Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................................................... | 4. | $ 0.00 | $ 0.00 |

5.  **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e.  **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f.  **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g.  **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h.  **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8.  **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.  **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,078.00 | $ 0.00 |
| 8b.  **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d.  **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e.  **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f.  **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g.  **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h.  **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,078.00 | $ 0.00 |

10.  **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 4,078.00 + $ 0.00 = | $ 4,078.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  +$ 0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.  $ 4,078.00

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
☒  No.
☐  Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    **Samuel Roland Gray**

Debtor 2    **Tanya May Gray**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **19** | ☐ No ■ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    **1,375.00**

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $    **0.00**
   4b.   Property, homeowner's, or renter's insurance    4b. $    **0.00**
   4c.   Home maintenance, repair, and upkeep expenses    4c. $    **0.00**
   4d.   Homeowner's association or condominium dues    4d. $    **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    **0.00**

Debtor 1  **Samuel Roland Gray**
Debtor 2  **Tanya May Gray**                                      Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **220.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **87.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **150.00** |
| | 6d. | Other. Specify:  **Cable/Satellite** | 6d. $ | **104.00** |
| | | **Internet** | $ | **54.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **250.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **25.00** |
| 10. | **Personal care products and services** | | 10. $ | **30.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **30.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **175.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **35.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **393.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **2,928.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **2,928.00** |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **4,078.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **2,928.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **1,150.00** |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Samuel Roland Gray** | X **/s/ Tanya May Gray** |
|---|---|
| **Samuel Roland Gray** | **Tanya May Gray** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **February 10, 2016** | Date **February 10, 2016** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Tanya May Gray** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **716 W, Sunwood Court Kuna, ID 83634** | From-To: **07/2013-Present** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $9,747.25 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Samuel Roland Gray** |
|---|---|
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$34,780.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$45,357.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$0.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ocwen Loan Servicing LLC**<br>**POB 24738**<br>**West Palm Beach, FL 33416-4738** | **11/2015 $1374.80**<br>**12/2015 $1374.80** | **$2,749.60** | **$143,874.83** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

2/10/16 5:06PM

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | | Case number *(if known)* |

---

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | | Case number *(if known)* |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Christian Faith Center**<br>**31 S. Midland**<br>**Nampa, ID 83651** | **Tithing** | **01/2015-12/31/2015** | **$1,200.00** |
| **Barefoot Media Ministries**<br>**16115 S Montana Ave**<br>**Caldwell, ID 83607** | **Charitable Contributions** | **1/2015-12/31/2015** | **$300.00** |

### Part 6:  List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:  List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Peterson Zeyer Law**<br>**1215 West Hays Street**<br>**Boise, ID 83702** | **Attorney Fees** | **12/01/2015** | **$1,000.00** |
| **Cricket Debt Counseling**<br>**219 SW Stark Street**<br>**Suite 200**<br>**Portland, OR 97204**<br>**www.cricketdebt.com** | **Pre-Bankruptcy Credit Counseling** | **01/04/2016** | **$22.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2/10/16  5:06PM

| Debtor 1 | **Samuel Roland Gray** |
|---|---|
| Debtor 2 | **Tanya May Gray** |

Case number (*if known*) _____

**transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Chazz Gray**<br>**716 W. Sunwood Court**<br>**Kuna, ID 83634**<br><br>**Son** | **1970 Mercury Cougar (not running, not registered) Value $500.00. Debtor's son purchased the vehicle when he was a minor, the vehicle had to be titled in the debtors name. The Debtors had no financial interest in the vehicle** | | **02/08/2016** |
| **Karen Gilbert**<br>**1840 N Ballantyne Lane**<br>**Eagle, ID 83616**<br><br>**None** | **1990 Ford Bronco $1500.00 Debtor purchased the vehicle for $300.00. The Debtor's son invested his own money & improved the vehicle to increase the value and sold it for $1,500.00. The debtor received his $300.00 from his intial investment** | **$300.00** | **02/04/2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of The West**<br>**POB 4002**<br>**Concord, CA 94524-4002** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **05/04/2015 Business Checking** | **$594.00** |
| **Bank of The West**<br>**POB 4002**<br>**Concord, CA 94524-4002** | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/2015** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2/10/16  5:06PM

Debtor 1   **Samuel Roland Gray**

Debtor 2   **Tanya May Gray**

Case number (*if known*) _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of The West**<br>**POB 4002**<br>**Concord, CA 94524-4002** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 11/2015 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ No
   ■ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Chazz Gray-Son**<br>**716 W. Sunwood Court**<br>**Kuna, ID 83634** | **716 W. Sunwood Court**<br>**Kuna, ID 83634** | **Misc Personal Property, Clothing, Electronics & Vehicle** | **Unknown** |
| **Chuck Burns-Employee** | **Dales Auto Care**<br>**2602 S. Vista Avenue**<br>**Boise, ID 83705** | **Mechanic Tools & Tool Boxes** | **Unknown** |
| **Misc Customers** | **Dales Auto Care**<br>**2602 S. Vista Avenue**<br>**Boise, ID 83705** | **Vehicles that are having repairs performed on them on the day of filing.** | **Unknown** |

| Debtor 1 | **Samuel Roland Gray** |
|---|---|
| Debtor 2 | **Tanya May Gray** |

Case number *(if known)*

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Dale's Auto Care**<br>**2602 S. Vista Avenue**<br>**Boise, ID 83705** | **Automotive Repair** | EIN:<br><br>**From-To   05/2006-Present** |

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**                                                                          Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Wkdpony Style**<br>**206 12th Street**<br>**Nampa, ID 83651** | **Hair Stylist** | EIN: _____<br><br>**From-To   03/2011-01/2012** |

28.   **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Samuel Roland Gray**                                             **/s/ Tanya May Gray**
_____                          _____
**Samuel Roland Gray**                                                  **Tanya May Gray**
**Signature of Debtor 1**                                               **Signature of Debtor 2**

Date   **February 10, 2016**                                        Date   **February 10, 2016**
_____                               _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

# United States Bankruptcy Court
## District of Idaho

In re    **Samuel Roland Gray**
**Tanya May Gray**

Debtor(s)

Case No.

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **February 10, 2016**

**/s/ Samuel Roland Gray**
**Samuel Roland Gray**
Signature of Debtor

Date:    **February 10, 2016**

**/s/ Tanya May Gray**
**Tanya May Gray**
Signature of Debtor

Account Billing Services
POB 3232
Nampa, ID 83653-3232


Action Collection
P.O. Box 5425
1325 Vista Ave
Boise, ID 83705


Advantage Financial
10 S Cole Rd
Boise, ID 83709


Air St Lukes
P.O. Box 367
Twin Falls, ID 83303-0367


All In One Storage
146 N Middleton Road
Nampa, ID 83651


Anesthesia Assocates of Bois
111 W State Street
Boise, ID 83702


AT T Wireless
POB 30459
Los Angeles, CA 90030


Bank of America Home Loans
POB 5170
Simi Valley, CA 93062-5170


Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Boise Endoscopy Center
425 W Bannock Street
Boise, ID 83702


Boise Radiology
1755 Westgate #200
POB 9696
Boise, ID 83707


Bonneville Billing    Collect
POB 191053
Boise, ID 83719


CAN Capital Inc
414 W. 14th Street
3rd Floor
New York, NY 10014


Capital One
POB 30281
Salt Lake City, UT 84130-0281


CBP Affiliated Services
1246 Yellowstone Ste A2
Pocatello, ID 83204


CDI Affiliated Service
PO Box 4068
Boise, ID 83704


Cerastes, LLC
c/o Weinstein Pinson  Riley
2011 Western Avenue Ste 400
Seattle, WA 98121


Chapman Financial
POB 14639
Spokane, WA 99214-0693

```
Chase Auto Finance
POB 29505
Phoenix, AZ 85038


Christopher W. Hammerle M.D.
425 W. Bannock Street
Boise, ID 83702-6035


Cindy Gray
2049 Blue Wing Drive
Johnstown, CO 80534


Citibank
POB 6241
Sioux Falls, SD 57117-6241


City of Nampa
224 11th Ave S
Nampa, ID 83651


Collection Bureau Inc
POB 1219
Nampa, ID 83653-1219


Credit One Bank
POB 98872
Las Vegas, NV 89193


CSC BB T Corp
4251 Fayetteville Road
Lumberton, NC 28358


Dale Guyer
255 Lee Way
Donnelly, ID 83615
```

Dale's Auto Care
2602 S. Vista Avenue
Boise, ID 83705


Dell Financial Services
POB 81577
Austin, TX 78708


Dr Eric Stahle Asay DDS
11028 W. Aldbury Ave
Nampa, ID 83651


EOS CCA
700 Long water Dr
Norwell, MA 02061


FMS INC
4915 South Union Ave
Tulsa, OK 74107


Gem State Radiology
1755 Westgate Dr Ste 200
POB 9649
Boise, ID 83707-5096


Home Federal
POB 190
Nampa, ID 83653


HSBC Bank
P.O. Box 9
Buffalo, NY 14240


HSBC Bank
POB 98706
Las Vegas, NV 89193-8706

```
Idaho Emergency Physicians
P.O. Box 5666
Denver, CO 80217-5666



Idaho Emergency Physicians
2933 E Copper Point Drive
Meridian, ID 83642



Idaho Foot   Ankle
809 N Liberty Street
Boise, ID 83704



Idaho Heart Care
6140 W. Curtisian Ave
Ste 200
Boise, ID 83704



Idaho Power
POB 70
Boise, ID 83707



Idaho Urologic Institute PA
2855 E Magic View Dr
Meridian, ID 83642



IDX Pathology PA
1755  Westgate Dr Ste 200
POB 9589
Boise, ID 83707



Internal Revenue Department
P.O. Box 21126
Boise, ID 83724



Internal Revenue Department
550 W. Fort Street MC 041
Boise, ID 83724
```

```
Lowes/SYNCB
POB 965005
Orlando, FL 32896


Medi Credit
P.O. Box 1629
Maryland Heights, MO 63043


Montery Financial Service
4095 Avenida Delaplanta
Oceanside, CA 92056


Mor/Wells Fargo Financial
POB 14517
Des Moines, IA 50306


NCB Management Services
POB 1099
Langhorne, PA 19047


NCO Financial Systems
9180 W. Barnes Drive
Boise, ID 83709


Ocwen Loan Servicing LLC
POB 24738
West Palm Beach, FL 33416-4738


Ocwen Loan Servicing LLC
P.O. Box 660264
Dallas, TX 75266-0264


One Main Financial
P. O. Box 499
Hanover, MD 21076
```

Portfolio Recovery Associate
120 Corporate Blvds Ste 1
Norfolk, VA 23502


Primary Health
POB 191050
Boise, ID 83719-1050


RC Willey
POB 410429
Salt Lake City, UT 84141


Reliable Credit Association
10690 SE McLoughlin Blvd
POB 22829
Portland, OR 97269-2829


Resurgent Capital Services
POB 10587
Greenville, SC 29603


Sallie Mae
POB 9500
Wilkes Barre, PA 18773-9500


Sinus Center
727 E River Park Lane
Ste 200
Boise, ID 83706


Southridge Dental
2811 12th Ave Rd
Nampa, ID 83686


Southwest Credit Systems LP
5910 W.Piano Pkwy
Plano, TX 75093

Specialty Clinics of Idaho
727 E Riverpark Lane #200
Boise, ID 83706-4097


St Alphonsus Medical Group
c/o Centeral Billing Office
3340 E Goldstone Drive
Meridian, ID 83642


St Alphonsus Nampa
POB 190930
Boise, ID 83719


St Alphonsus RMC
P.O. Box 5045
Portland, OR 97208


St Lukes Cardiothoracic Vas
333 N 1st Street
Ste 280
Boise, ID 83702


St Lukes Clinic
POB 550
Boise, ID 83701


St Lukes Physicians Clinic
POB 550
Boise, ID 83701


St Lukes RMC
POB 2578
Boise, ID 83701-2578


State Tax Commission
POB 36
Boise, ID 83722

Sterling Savings Bank
POB 19247
Spokane, WA 99219-9247


Surgery Center of Idaho
2855 Margic View Dr
Meridian, ID 83642


T-Mobile
P.O. Box 53410
Bankruptcy Team
Bellevue, WA 98015


The Outsource Group
3 City Place Drive Drive
Suite 690
Saint Louis, MO 63141


The Surgical Group PA
404 East Elm
Caldwell, ID 83605


Todd Durrant
904 E. Hawaii Ave
Nampa, ID 83686


Treasure Valley Hospital
8800 Emerald
Boise, ID 83704


Treasure Valley Labratory
POB 2693
Spokane, WA 99220


Victory Point Dental
3175 S Meridian Rd Ste 250
Meridian, ID 83642

Walmart/Sychrony
P.O. Box 965024
Orlando, FL 32896


West Valley OBGYN
P.O. Box 740776
Cincinnati, OH 45274-0776


Womens Health Associates
333 N 1st St #240
Boise, ID 83702


World Foremost Bank
4800 NW 1st Street Ste 300
Lincoln, NE 68521


Yamaha/Capital One
P.O. Box 30253
Salt Lake City, UT 84130