Kathleen A. McCallister
Chapter 13 Trustee
P. O. Box 1150
Meridian ID   83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| SAMUEL ROLAND GRAY<br>TANYA MAY GRAY,<br><br>             Debtor(s). | CASE NO.   16-00146-NGH |

**CERTIFICATE OF COMPLETION**

   Kathleen A. McCallister, Chapter 13 Trustee in the above captioned matter, hereby certifies that to the best of her knowledge, information and belief the above-named Debtor(s) have hereby completed all payments due under the Chapter 13 Plan.  The Trustee will file a Final Report and Account when all checks issued in this case have cleared.

   The Trustee recommends that the Debtor(s) be granted a discharge pursuant to 11 U.S.C. Section 1328(a).

Dated:  June 10, 2021


   /s/  Kathleen McCallister_____
Kathleen McCallister, Trustee
Chapter 13 Trustee