# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

In re: SAMUEL ROLAND GRAY  
TANYA MAY GRAY  
Debtor(s)

Case No.: 16-00146-NGH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathleen A. McCallister, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2016.
2) The plan was confirmed on 07/26/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 08/03/2018.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/11/2018.
5) The case was completed on 05/19/2021.
6) Number of months from filing or conversion to last payment: 63.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 125,228.00.
10) Amount of unsecured claims discharged without full payment: 142,895.36.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $102,864.90 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$102,864.90** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $2,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $9,436.23 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11,936.23** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT BILLING SERVICES INC. | Unsecured | 61.00 | NA | NA | .00 | .00 |
| ACTION COLLECTION | Unsecured | 228.00 | NA | NA | .00 | .00 |
| ADVANTAGE FINANCIAL SERVICES LLC | Unsecured | 625.41 | 800.32 | 800.32 | 469.17 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 254.61 | 254.61 | 149.24 | .00 |
| BOISE ENDOSCOPY CENTER | Unsecured | 962.41 | 962.41 | 962.41 | 563.99 | .00 |
| BONNEVILLE BILLING & COLLECTIONS | Unsecured | 4,208.00 | NA | NA | .00 | .00 |
| CAN CAPITAL INC | Unsecured | 22,809.28 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 2,918.00 | 2,918.68 | 2,918.68 | 1,710.40 | .00 |
| CAPITAL ONE BANK NA | Unsecured | 3,379.00 | 754.54 | 754.54 | 442.33 | .00 |
| CBP AFFILIATED SERVICES | Unsecured | 1,018.00 | NA | NA | .00 | .00 |
| CDI AFFILIATED SERVICES | Unsecured | 843.00 | NA | NA | .00 | .00 |
| CERASTES, LLC | Secured | 3,900.00 | 3,689.14 | 3,689.14 | 3,689.14 | 615.70 |
| CHAPMAN FINANCIAL SERVICES OF W/ | Unsecured | 835.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:  SAMUEL ROLAND GRAY  
       TANYA MAY GRAY  
       Debtor(s)

Case No.:  16-00146-NGH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE AUTOMOBILE | Unsecured | NA | NA | NA | .00 | .00 |
| CHRISTOPHER W HAMMERIE MD | Unsecured | 1,104.56 | 1,104.56 | 1,104.56 | 647.30 | .00 |
| COLLECTION BUREAU INC | Unsecured | 6,898.00 | 7,746.59 | 7,746.59 | 4,539.63 | .00 |
| DELL FINANCIAL SERVICES, LLC | Unsecured | 1,844.00 | 1,886.67 | 1,886.67 | 1,105.61 | .00 |
| DEUTSCHE BANK NATIONAL TRUST CO | Secured | 143,874.83 | 2,310.00 | 2,310.00 | 2,310.00 | .00 |
| DEUTSCHE BANK NATIONAL TRUST CO | Secured | NA | 400.00 | 400.00 | 400.00 | .00 |
| EOS-CCA | Unsecured | 1,604.00 | NA | NA | .00 | .00 |
| ERIC ASAY DDS | Unsecured | NA | 506.60 | 506.60 | 296.97 | .00 |
| FMS INC BANKFIRST | Unsecured | 13,289.60 | NA | NA | .00 | .00 |
| HSBC BANK USA, N.A. | Unsecured | NA | NA | NA | .00 | .00 |
| IDAHO FOOT & ANKLE | Unsecured | 920.77 | NA | NA | .00 | .00 |
| IDAHO POWER COMPANY | Unsecured | 2,166.41 | 1,995.17 | 1,995.17 | 1,169.03 | .00 |
| IDAHO STATE TAX COMM | Priority | NA | 156.65 | 156.65 | 156.65 | .00 |
| IDAHO STATE TAX COMM | Unsecured | NA | 16.35 | 16.35 | 9.59 | .00 |
| IDAHO UROLOGIC INSTITUTE | Unsecured | 278.39 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 21,421.22 | 3,090.59 | 3,090.59 | 3,090.59 | .00 |
| INTERNAL REVENUE SERVICE | Secured | 37,585.07 | 37,585.07 | 37,585.07 | 37,585.07 | 3,065.32 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,142.79 | 1,142.79 | 669.60 | .00 |
| LVNV FUNDING LLC | Unsecured | 1,992.00 | 1,992.63 | 1,992.63 | 1,167.72 | .00 |
| MEDI CREDIT | Unsecured | 293.90 | NA | NA | .00 | .00 |
| MONTERY BAY COLLECTION AGENCY | Unsecured | NA | NA | NA | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 11,522.25 | 11,522.25 | 6,751.25 | .00 |
| NAVIENT SOLUTIONS LLC | Unsecured | NA | 28,309.56 | 28,309.56 | 16,587.38 | .00 |
| NCB MANAGEMENT SERVICES, INC. | Unsecured | 4,159.00 | NA | NA | .00 | .00 |
| OUTSOURCE RECEIVABLES MGMT | Unsecured | 4,995.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 502.00 | 535.65 | 535.65 | 314.01 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 1,807.34 | 1,882.75 | 1,882.75 | 1,103.33 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 464.00 | 503.95 | 503.95 | 295.43 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 235.00 | 275.13 | 275.13 | 161.27 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | NA | 588.70 | 588.70 | 345.11 | .00 |
| PRIMARY HEALTH | Unsecured | 181.32 | NA | NA | .00 | .00 |
| RC WILLEY HOME FURNISHINGS INC | Unsecured | 679.00 | 684.13 | 684.13 | 401.05 | .00 |
| SALLIE MAE | Unsecured | 35,461.00 | NA | NA | .00 | .00 |
| SINUS CENTER | Unsecured | 381.60 | NA | NA | .00 | .00 |
| SOUTHWEST CREDIT UNION | Unsecured | 418.00 | NA | NA | .00 | .00 |
| SPECIALTY CLINICS OF IDAHO | Unsecured | 465.71 | NA | NA | .00 | .00 |
| ST ALPHONSUS PAIN MGMT CTR | Unsecured | 702.00 | NA | NA | .00 | .00 |
| ST LUKES HEALTH SYSTEMS | Unsecured | 19,240.00 | NA | NA | .00 | .00 |
| ST LUKES PARAMEDIC SERVICES | Unsecured | 12,738.44 | NA | NA | .00 | .00 |
| SURGERY CENTER OF IDAHO | Unsecured | 387.74 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:  SAMUEL ROLAND GRAY  
        TANYA MAY GRAY  
        Debtor(s)

Case No.:  16-00146-NGH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRANSWORLD SYSTEMS INC | Unsecured | 5,725.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Secured | 1,033.32 | 681.32 | 681.32 | 681.32 | .00 |
| WEST VALLEY MEDICAL CENTER | Unsecured | 352.79 | NA | NA | .00 | .00 |
| WOMENS HEALTH ASSOC | Unsecured | 742.84 | 742.84 | 742.84 | 435.47 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 2,310.00 | 2,310.00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 42,355.53 | 42,355.53 | 3,681.02 |
| **TOTAL SECURED:** | 44,665.53 | 44,665.53 | 3,681.02 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,247.24 | 3,247.24 | .00 |
| **TOTAL PRIORITY:** | 3,247.24 | 3,247.24 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 67,126.88 | 39,334.88 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $11,936.23 |
| Disbursements to Creditors: | $90,928.67 |
| **TOTAL DISBURSEMENTS:** | $102,864.90 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/30/2021     By:  /s/Kathleen A. McCallister  
                                                                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.